THE STATE OF OHIO, APPELLANT, *v.* FOSTER, APPELLEE.

[Cite as *State v. Foster,* 118 Ohio St.3d 265, 2008-Ohio-2542.]

(No. 2007–1585—Submitted April 23, 2008—Decided June 4, 2008.)

{¶ 1} The certified question is answered in the affirmative and the judgment of the court of appeals is affirmed on the authority of *State v. Cabrales,* 118 Ohio St.3d 54, 2008-Ohio-1625, 886 N.E.2d 181, but the cause is remanded to the trial court for further proceedings not inconsistent with *State v. Cabrales,* including a determination as to whether the trafficking and possession offenses were committed with a separate animus under R.C. 2941.25(B).

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., not participating.

Joseph T. Deters, Hamilton County Prosecuting Attorney, and Tanner B. McFall, Assistant Prosecuting Attorney, for appellant.